UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MCKINSEY AND COMPANY AFRICA (PTY) LTD,<br><br>Defendant. | **WAIVER OF INDICTMENT**<br><br>24 Cr.<br><br>24 CRIM 669 |

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Jonathan B. Slonim
McKinsey and Company Africa (Pty) Ltd
Defendant

_____
Witness

_____
Charles E. Duross, Esq.
Edward A. Imperatore, Esq.
Morrison & Foerster LLP
Counsel for McKinsey and Company Africa (Pty) Ltd

Dated: New York, New York
       December 5, 2024

11:15 AM